# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NABARETTE ANGUIANO,<br><br>   Petitioner,<br><br>   v.<br><br>SCOTT FRAUENHEIM,<br><br>   Respondent. | Case No.  1:14-cv-01779-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 10) |

Petitioner is a state prisoner in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On March 9, 2015, Petitioner filed a motion to extend the time to file his traverse.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Petitioner is granted to and including April 13, 2015, to file his traverse.

IT IS SO ORDERED.

Dated:   **March 9, 2015**

UNITED STATES MAGISTRATE JUDGE

1